# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO BARILLAS SANDOVAL,<br><br>    Petitioner,<br><br>    v.<br><br>RICK HILL, Warden,<br><br>    Respondent. | Case No. CV 12-9343-GW(JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed Objections, and the Court has engaged in a de novo review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge with the following modifications, which are not material to the Court's decision:

At page 6, line 16, and page 7, line 6, change "Richer" to "Richter"; and

At page 20, line 22, change "overruled on other grounds by" to "rev'd on other grounds", delete "Woodford", and insert "(2003)" after the reporter citation.

///

1     IT IS HEREBY ORDERED that: (1) the Petition for Writ of Habeas Corpus is denied;
2 and (2) Judgment shall be entered dismissing the action with prejudice.

4 DATED: April 24, 2014

                                        GEORGE H. WU
                             UNITED STATES DISTRICT JUDGE