# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MARCO BARILLAS SANDOVAL,

           Petitioner,

   v.

RICK HILL,

           Respondent.

Case No. CV 12-9343-GW (JEM)

**JUDGMENT**

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: April 24, 2014

GEORGE H. WU
UNITED STATES DISTRICT JUDGE